UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jonathan Stone, Esq.
490 Schooley's Mountain Road - Bldg. 3A
Hackettstown, NJ 07840-4002
Tel. (908) 979-9919 / Fax. (908) 979-9920
Attorney for Debtors

Order Filed on September 8, 2014 by
Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

George and Angela Pruitt

Case No.:    11-15658 (CMG)

Judge:    Christine M. Gravelle

Chapter:    13

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER AUTHORIZING
**RETENTION OF** WILLIAM R. EDLESTON, ESQ.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 8, 2014**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | | |
|---|---|---|
| In re: | George and Angela Pruitt | |
| Case No.: | 11-15658 (CGM) | |
| Applicant: | George and Angela Pruitt | |

(check all that apply)  ☐ Trustee:  ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☒ Debtor:  ☐ Chap. 11   ☒ Chap. 13

☐ Official Committee of _____

Name of Professional:    William R. Edleston, Esq.

Address of Professional:   461 Corliss Avenue

Phillipsburg, NJ 08865

☐ Attorney for (check all that apply):
- ☐ Trustee   ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee   ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☒ Other Professional:
- ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
- ☒ Other (specify): Real Estate Attorney

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*